***E-FILED - 12/15/08***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANGELO LENA, | ) | No. C 08-4971 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| SUPREME COURT OF CALIFORNIA, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

The court has dismissed the instant action without prejudice based upon petitioner's failure to exhaust state remedies. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 12/11/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.08\Lena971jud.wpd        1